# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JEAN A. SHIRAH** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO: CV-09-832** |
| ) | |
| **TELECHECK SERVICES, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

COMES NOW the defendant, Telecheck Services, Inc., and respectfully provides notice the parties have reached a resolution of the disputes between them and will file documents requesting the dismissal of all claims in this matter with prejudice.

Respectfully Submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III,
Patrick W. Franklin
*Attorneys for Telecheck Services, Inc.*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205)879-8722

{W0251382.1}

## **CERTIFICATE OF SERVICE**

    This is to certify that on this the 16th day of February 2010, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

    _____ mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____ hand delivery

    _____ via facsimile

    ____X____ E-File

Kenneth J. Riemer, Esq.
Post Office Box 1206
Mobile, Alabama  36633

    /s/ Neal D. Moore, III
    OF COUNSEL

{W0251382.1 }