IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEAN A. SHIRAH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION 09-0832-WS-N |
| | ) |
| **TELECHECK SERVICES, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

### ORDER

The parties have filed a joint stipulation of dismissal, (Doc. 11), which includes a motion to dismiss with prejudice. Since the Court has previously dismissed the case with prejudice based on the defendant's report of settlement, (Doc. 10), the motion is **denied as moot**.

DONE and ORDERED this 18th day of March, 2010.

                                                    s/ WILLIAM H. STEELE
                                                    CHIEF UNITED STATES DISTRICT JUDGE